**Elfega RAMIREZ CRUZ, Petitioner,**

v.

**Alberto GONZALES, Attorney General, Respondent.**

No. 04–71245.

United States Court of Appeals, Ninth Circuit.

Submitted March 23, 2005.*

Decided April 4, 2005.

Elfega Ramirez Cruz, Goleta, CA, pro se.

Regional Counsel, Western Region Immigration & Naturalization Service, Laguna Niguel, CA, Ronald E. Lefevre, Chief Legal Officer, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Richard M. Evans, Esq., Nancy E. Friedman, Esq., DOJ—U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: B. FLETCHER, TROTT, and PAEZ, Circuit Judges.

MEMORANDUM **

Elfega Ramirez Cruz, a native and citizen of Mexico, petitions pro se for review from the Board of Immigration Appeals' ("BIA") summary affirmance of an immigration judge's ("IJ") denial of her application for cancellation of removal. We have jurisdiction pursuant to 8 U.S.C. § 1252.

Where, as here, the BIA affirms without opinion, we review the IJ's decision. *See Falcon Carriche v. Ashcroft*, 350 F.3d 845, 849 (9th Cir.2003). We review constitutional issues de novo. *See Ram v. INS*, 243 F.3d 510 (9th Cir.2001). We deny the petition for review.

Petitioner contends that she was denied equal protection because she was not allowed to apply for suspension of deportation. Petitioner's argument is without merit because Congress comported with equal protection when it repealed suspension of deportation for aliens, such as petitioner, who were placed in removal proceedings on or after April 1, 1997, while permitting aliens placed in deportation before that date to maintain their applications for suspension of deportation. *See Vasquez–Zavala v. Ashcroft*, 324 F.3d 1105, 1108 (9th Cir.2003); *Hernandez–Mezquita v. Ashcroft*, 291 F.3d 1161, 1163–65 (9th Cir.2002).

**PETITION FOR REVIEW DENIED.**

**Sarbjit Singh MEHROK, Petitioner,**

v.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

**164**

Alberto GONZALES,\* Attorney
General, Respondent.

No. 04–70809.

United States Court of Appeals,
Ninth Circuit.

Submitted March 23, 2005.\*\*

Decided April 4, 2005.

Pardeep Singh Grewal, Oakland, CA, for Petitioner.

Regional Counsel, Western Region Immigration & Naturalization Service, Laguna Niguel, CA, Emily A. Radford, Esq., Ari Nazarov, Esq., DOJ–U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: B. FLETCHER, TROTT, and PAEZ, Circuit Judges.

MEMORANDUM \*\*\*

Sarbjit Singh Mehrok, a native and citizen of India, petitions for review of the Board of Immigration Appeals' ("BIA") decision affirming the immigration judge's ("IJ") denial of his application for asylum, withholding of removal and relief under the Convention Against Torture ("CAT"). We dismiss in part and grant in part.

Pursuant to 8 U.S.C. § 1158(a)(3), we dismiss Mehrok's asylum claim as unreviewable because the IJ determined that the application was untimely. *See Hakeem v. INS*, 273 F.3d 812, 815 (9th Cir. 2001).

We have jurisdiction under 8 U.S.C. § 1252 and review for substantial evidence adverse credibility determinations. *See Bandari v. INS*, 227 F.3d 1160, 1165 (9th Cir.2000). Here, the adverse credibility determination is not supported by substantial evidence. *See id.* at 1166.

Accordingly, we remand to the BIA for further proceedings to determine the merits of Mehrok's withholding of removal and CAT claims. *See INS v. Ventura*, 537 U.S. 12, 16–18, 123 S.Ct. 353, 154 L.Ed.2d 272 (2002) (per curiam).

DISMISSED in part; GRANTED in part; REMANDED.

**Ajit SINGH, Petitioner,**

v.

**Alberto GONZALES, Attorney
General,\* Respondent.**

No. 04–70152.

United States Court of Appeals,
Ninth Circuit.

---

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

\* Alberto Gonzales is substituted for his predecessor, John Ashcroft, as Attorney General of the United States, pursuant to Fed. R.App. P. 43(c)(2).

\*\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

\* Alberto Gonzales is substituted for his predecessor, John Ashcroft, as Attorney General of the United States, pursuant to Fed. R.App. P. 43(c)(2).